UNITED STATES DISTRICT COURT OF ILLINOIS

SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST NATIONAL BANK OF SUMNER, | ) ) ) |
| Plaintiff, | ) CASE NO.: 01-991-DRH ) ) |
| vs. | ) CJRA TRACK: B ) |
| ORFHEO MARITIME, INC., JOSE GAMBETTA, and RICARDO PINES, | ) ) JUDGE: Hon. David R. Herndon ) ) |
| Defendants. | ) |

**ORDER**

**HERNDON, District Judge:**

This matter comes before the Court on the Motion of First National Bank of Sumner to dismiss this action with prejudice [Document 50]. Upon consideration, the Court **GRANTS** the Motion [Document 50]. This action is hereby dismissed with prejudice. Clerk to enter judgment accordingly.

**IT IS ORDERED.**

Dated: February 2, 2007.

/s/ David   RHerndon
U.S. District Judge