# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FIRST NATIONAL BANK OF SUMNER,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 01-CV-991 DRH**

**ORFHEO MARITIME, INC.,**
**JOSE GAMBETTA and**
**RICHARDO PINES,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion to Dismiss.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this cause is **DISMISSED** with prejudice.

                                                                        **NORBERT G. JAWORSKI, CLERK**

February 5, 2007                                          BY: /s/Patricia Brown
                                                                       Deputy Clerk

APPROVED: /s/   David   RHerndon
              **U.S. DISTRICT JUDGE**